*Fee Paid*
*NP*

Xianzhao PENG and Lei JIANG
3200 Payne Ave Apt 23
San Jose, CA 95117
(408) 370-1338

FILED

ADR

2007 NOV -7  A 10: 44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Plaintiffs

(5)

## UNITED STATES DISTRICT COURT

## NORTHERN DSITRICT OF CALIFORNIA

## SAN JOSE DIVISION

Xianzhao PENG
Lei JIANG

                    Plaintiffs,

vs.

*Michael Chertoff*, Secretary of the
Department of Homeland Security;
*Emilio T. Gonzalez*, Director of
U.S. Citizenship and Immigration Services(USCIS);
*Gerard Heinauer*, Director of
Nebraska Service Center of USCIS;
*Christina Poulos*, Director of
California Service Center of USCIS;
*Robert S. Mueller*, III, Director of
Federal Bureau of Investigation
*Peter D. Keisler*, Acting Attorney General of
U.S. Department of Justice;

                    Defendants.

C 07 Case No. 05651

**PVT**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

"Immigration Case"

## PLAINTIFFS' ORIGINAL COMPLAINT
## FOR WRIT IN THE NATURE OF
## MANDAMUS AND DECLARATORY JUDGEMENT

NOW come the plaintiffs, Xianzhao PENG and Lei JIANG, in the above-captioned matter, and hereby state as follows:

1.    This action is brought against the Defendants to compel action on the clearly
      delayed processing of two I-485 Applications to Adjust to Permanent Resident

Status, based on employment, properly filed by the Plaintiffs, Xianzhao PENG and Lei JIANG. The applications were submitted on or about May 23, 2005, (Notice Date: May 26, 2005) and remain within the jurisdiction of the Defendants, who have improperly withheld action on said applications to Plaintiffs' detriment.

2. **Jurisdiction.** Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

3. **Venue.** Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiffs reside if no real property is involved in the action.

## PARTIES

4. Plaintiffs, Xianzhao PENG (A98 466 724) and Lei JIANG (A98 466 725), who is spouse of Xianzhao PENG, are natives and citizens of China. They filed two I-485 Applications to Adjust to Permanent Resident Status on or about May 23, 2005 (Notice Date: May 26, 2005) and are seeking to become lawful permanent residents of the United States as beneficiaries of an approved I-140 Immigration Petition for Alien Worker under Section 203(b)(1)(B) Outstanding Professor or Researcher.

5. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS) and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 USC §1103(a); 8 C.F.R. 2.1.

6. Defendant Emilio T. Gonzalez is the Director of the U.S. Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B).

7. Defendant Gerard Heinauer is the Director of Nebraska Service Center of the USCIS. In his official capacity, Defendant Gerard Heinauer is responsible for the administration of immigration benefits and services including the processing of employment-based immigration petitions. As such, he has decision-making authority over the matters alleged in this Complaint. As will be shown, Defendant Gerard Heinauer is the official with whom Plaintiffs' I-485 applications remain pending.

8. Defendant Christina Poulos is the Director of California Service Center of the U.S. Citizenship & Immigration Services (USCIS). In her official capacity, Defendant Christina Poulos is responsible for the administration of immigration

Security Check from USCIS thereafter though the Plaintiffs made multiple further attempts by contacting the National Customer Service of USCIS.

17.  On 10/13/2006, 16 months after submitting all required documents to USCIS, the Plaintiffs, Xianzhao PENG and Lei JIANG, made official Freedom of Information-Privacy Acts (FOIPA) requests with the Federal Bureau of Investigations. FBI reply dated Nov 3, 2006 in response to Xianzhao PENG's inquiry, and dated on Nov 7, 2007 in response to Lei JIANG's inquiry, stated, "No records responsive to your FOIPA request were located by a search of the automated indices." **(Exhibit D)**

18.  In March 2007, 22 months submitting all required documents to USCIS, Petitioner, Xianzhao PENG and Lei JIANG received Transfer Notices from USCIS, dated on March 7, 2007, stating that the pending I-485 cases was transferred from California Service Center to Nebraska Service Center of USCIS. **(Exhibit E)**

19.  In April and May of 2007, Petitioners, Xianzhao PENG and Lei JIANG were requested to provide fingerprints for the second time, and actually provided fingerprints on or about April 25, 2007 and May 23, 2007, respectively.

20.  On or about July 6, 2007, 25 months after submitting all required documents to USCIS, Plaintiff, Lei JIANG received a Request for Evidence (RFE) notice from USCIS, dated on May 11, 2007. The RFE was delayed in mail because USCIS mistakenly mailed it to the wrong attorney firm. Lei JIANG responded the RFE on or about July 20, 2007. The online Case Status Service of USICS shows that USCIS received the RFE on Aug 15, 2007 and the petitioner "should expect to receive a written decision or written update within 60 days". However, the plaintiff has not received any decision or update from USCIS as of today Nov 6, 2007, 82 days after USCIS' acknowledgement of receiving the RFE. **(Exhibit F)**

21.  On Aug 21, 2007, 27 months after submitting all required documents to USCIS Plaintiff, Xianzhao PENG, contacted USCIS again regarding his pending I-485 application. The response letter, dated on Sept 4, 2007, stated that USCIS "has to perform additional review on this case and this has caused a longer processing time." The letter did not explain from what the delay was originated, nor justify why further delay shall be expected. **(Exhibit G)**

22.  USCIS publishes processing dates online at
https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SeviceCenter=NSC
https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SeviceCenter=CSC
for Nebraska Service Center and California Service Center, respectively. According to the information published at the said websites, USICS Nebraska Service Center is currently processing Employment-based I-485 Applications filed on Dec 19, 2006. USICS California Service Center is currently processing Employment-based I-485 Applications within a timeframe of 6 months. **(Exhibit**

benefits and services including the processing of employment-based immigration petitions. As will be shown, Defendant Christina Poulos is the official with whom Plaintiffs' I-485 Applications were properly filed.

9. Defendant Robert S. Mueller III is the Director of the Federal Bureau of Investigation (FBI). He is ultimately responsible for the processing of "name checks" submitted by U.S. Citizenship & Immigration Services to the FBI during the I-485 process. Defendant Robert S. Mueller is sued in his official capacity.

10. Defendant Peter D. Keisler is the Acting Attorney General of the United States. He is the head of the U.S. Department of Justice, which encompasses the FBI. Defendant Peter D. Keisler is also jointly responsible with Defendant Michael Chertoff for enforcement of immigration laws. Defendant Peter D. Keisler is sued in his official capacity.

## EXHAUSTION OF REMEDIES

11. The Plaintiffs have exhausted their administrative remedies. The Plaintiffs have supplied the USCIS documents that clearly establish their eligibility to Register Permanent Resident or Adjust Status.

## CAUSE OF ACTION

12. On Feb 23, 2004, Plaintiff, Xianzhao PENG's employer filed an I-140 Immigrant Petition for Alien Worker under Section 203(b)(1)(B) Outstanding Professor or Researcher on behalf of Plaintiff Xianzhao PENG, and it was approved on March 21, 2005. (**Exhibit A**)

13. Plaintiffs, Xianzhao PENG and Lei JIANG properly filed I-485, Applications to Adjust to Permanent Resident Status, along with an I-130 and supporting documentation, with the California Service Center on or about May 23, 2005 (Notice Date: May 26, 2005). (**Exhibit B**).

14. After the submission of AOS application, Petitioners were requested to provide and actually provided fingerprints for security checks on or about Nov 1, 2005.

15. On April 10, 2006, 10 months after submitting all required documents to USCIS, the Plaintiff Xianzhao PENG made an official "Status Inquiry" with USCIS. USCIS replied in the letter dated May 19, 2006, "The I-485 at question is still pending FBI name check clearance." (**Exhibit C**)

16. On 10/3/2006, 16 months after submitting all required documents to USCIS, the Plaintiffs Xianzhao PENG and Lei JIANG visited San Jose District Office. Plaintiffs were informed that their I-485 cases were still under FBI name check and were directed to National Customer Service of USCIS for further updates. The plaintiffs did not receive any further information on their status of FBI

H). In comparison, the Plaintiffs' I-485 applications were filed on or about May 23, 2005 (Notice Date: May 26, 2005), and have been pending for 29 months.

23. The Defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiffs' I-485 Applications after the Plaintiffs had submitted properly executed applications. To date, it has been more than 29 months since Plaintiffs filed their I-485.

24. The Defendants have sufficient information to determine the Plaintiffs' eligibility pursuant to applicable requirements and complete the processing procedures.

25. The Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving them of the rights to which the Plaintiffs are entitled.

26. The plaintiffs have been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

   (a) Specifically, Plaintiffs Xianzhao PENG and Lei JIANG, have been unable to obtain legal permanent residence, travel and work without restriction and accrue time to be eligible for Naturalization as citizens of the United States.

   (b) Plaintiff Lei JIANG, who has been studying prerequisite classes at community colleges for graduate level nursing programs, has been unable ineligible in applying for admission to graduate programs which require Permanent Residency. For example, the Accelerated Bachelor's Degree Program of School of Nursing at San Jose State University. (**Exhibit I**)

27. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding action on the Plaintiffs' application and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiffs' cases.

28. The Plaintiffs have provided sufficient evidence of their attempt to secure adjudication of these applications at issue, all to no avail. Accordingly, the Plaintiffs have been forced to pursue the instant action.

29. Section 202 (8 U.S.C. § 1571) of the Title II of the American Competitiveness in Twenty-first Century Act of 2000 (AC21) clearly lays down the parameters of reasonableness in immigration adjudication, stating: "...It is the sense of Congress that the processing of an immigration benefit application should be completed not later than **180 days** after the initial filing of the application."

30.    The Congress also classified employment-based adjudications pending 180 days or more as "long delayed" in Section 106 (8 U.S.C. § 1154 (g)) of the AC21. It is clear that when Congress created employment-base adjustment of status procedure, its intention was that it should not take longer than 180 days. Plaintiff has been waiting for *946* days.

31.    Defendants are also required by 5 U.S.C. § 555(b) "within a reasonable time … to conclude a matter presented… ."

32.    Northern District of California and other District Courts have concluded in similar cases that petitioners have a clear right to have his or her application for lawful permanent residency status adjudicated within a reasonable period of time. For instances, Chen v. Chertoff, Case No. 5:06-cv-7927, N.D.Cal., 2006; Yong Tang v. Chertoff 493 F.Supp.2d 148, D.Mass., June 26, 2007; Yu v. Brown, 36F. Supp. 2d 922, 925, D.N.M. 1999.

## PRAYER

33.    WHEREFORE, in view of the arguments and authority noted herein, the Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(a) Requiring Defendants to expeditiously complete Plaintiffs Xianzhao PENG anf Lei JIANG's FBI Security Check for their I-485 Applications to Adjust to Permanent Resident Status.

(b) Requiring Defendants to expeditiously process both of Plaintiffs' I-485 Applications to conclusion;

(c) Awarding Plaintiffs reasonable lawsuit fees pursuant to the Equal Access to Justice Act.

(d) Granting such other relief at law and in equity as justice may require.

Dated: Nov 6, 2007                                Respectfully submitted,

Xianzhao PENG and Lei JIANG
3200 Payne Ave, Apt 23
San Jose, CA 95117
Telephone (408) 370-1338
pengxianzhao@yahoo.com

**EXHIBITS**

| | |
|---|---|
| EXHIBIT A | USCIS Approval Notice of Plaintiff, Xianzhao PENG's I-140 Immigrant Petition for Alien Worker under Section 203(b)(1)(B) Outstanding Professor or Researcher, dated on March 21, 2005. |
| EXHIBIT B | USCIS Receipt Notices of Plaintiffs, Xianzhao PENG and Lei JIANG's I-485 Applications to Adjust to Permanent Resident Status, dated on May 26, 2005. |
| EXHIBIT C | Letter from USCIS in response to Plaintiff, Xianzhao PENG's inquiry, dated on May 19, 2006, stating that "The I-485 in question is still pending FBI name check clearance". (Xianzhao PENG's name was misspelled; Filing date shown in the letter was incorrect.) |
| EXHIBIT D | Letters from FBI in response to Xianzhao PENG and Lei JIANG's Freedom of Information-Privacy Acts (FOIPA) request, dated on Nov 3, 2006 and Nov 7, 2006, respectively, stating "No records responsive to your FOIPA request were located by a search of the automated indices." |
| EXHIBIT E | USCIS Transfer Notices of Plaintiffs Xianzhao PENG and Lei JIANG' I-485 Applications, dated on March 7, 2007. |
| EXHIBIT F | Case Status of Plaintiff, Lei JIANG's I-485 Application, printed out from Online Case Status of USCIS, dated on Nov 6, 2007. |
| EXHIBIT G | Letter from USCIS in response to Plaintiff, Xianzhao PENG's inquiry, dated on Sept 4, 2007, stating that USCIS "have to perform additional review on this case and this has caused a longer processing time." (Xianzhao PENG's name was misspelled, again. Xianzhao PENG's old mailing address was mistakenly used in the letter.) |
| EXHIBIT H | Published Processing Dates of Nebraska Service Center and California Service Center of USCIS. |
| EXHIBIT I | A printout of an email from Ms. Marilyn Wendler, Project Manager of Gordon and Betty Moore Foundation Programs at San Jose State University School of Nursing, explaining the eligibilities for the program including the requirement of Permanent Residency. |

**EXHIBIT A**

**USCIS Approval Notice of Plaintiff, Xianzhao PENG's I-140 Immigrant Petition for Alien Worker under Section 203(b)(1)(B) Outstanding Professor or Researcher, dated on March 21, 2005.**



THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-04-096-52175 | CASE TYPE   I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|
| RECEIPT DATE<br>February 23, 2004 | PRIORITY DATE<br>February 20, 2004 | PETITIONER<br>NEW FOCUS INC |
| NOTICE DATE<br>March 21, 2005 | PAGE<br>1 of 1 | BENEFICIARY<br>PENG, XIANZHAO |

| | |
|---|---|
| DEBRA H. BAKER<br>BAKER LAW CORP<br>RE: NEW FOCUS INC<br>95 S MARKET ST STE 480<br>SAN JOSE CA 95113 | Notice Type:  Approval Notice<br>Section: Outstanding Professor or<br>Researcher, Sec.203(b)(1)(B) |

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center.  Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**

Form I-797 (Rev. 01/31/05) N

**EXHIBIT B**

**USCIS Receipt Notices of Plaintiffs, Xianzhao PENG and Lei JIANG's I-485 Applications to Adjust to Permanent Resident Status, dated on May 26, 2005.**



**THE UNITED STATES OF AMERICA**

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER**<br>WAC-05-166-50904 | | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| **RECEIVED DATE**<br>May 23, 2005 | **PRIORITY DATE** | **APPLICANT**   A98 466 724<br>PENG, XIANZHAO | |
| **NOTICE DATE**<br>May 26, 2005 | **PAGE**<br>1 of 1 | | |

| | |
|---|---|
| DEBRA H. BAKER ATTY AT LAW<br>BAKER LAW CORPORATION<br>RE: XIANZHAO PENG<br>95 S MARKET ST STE 480<br>SAN JOSE CA 95113 | **Notice Type:**   Receipt Notice<br><br>Amount received: $  385.00<br>Section: Adjustment as direct<br>          beneficiary of immigrant<br>          petition |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
  - You can check our current processing time for this kind of case on our website at **uscis.gov**.
  - On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
  - Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
  - We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
  - Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/31/04) N

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>WAC-05-166-50835 | **CASE TYPE** I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIVED DATE**<br>May 23, 2005    **PRIORITY DATE** | **APPLICANT** A98 466 725<br>JIANG, LEI |
| **NOTICE DATE**<br>May 26, 2005    **PAGE**<br>1 of 1 | |

| | |
|---|---|
| DEBRA H. BAKER ATTY AT LAW<br>BAKER LAW CORPORATION<br>RE: LEI JIANG<br>95 S MARKET ST STE 480<br>SAN JOSE CA 95113 | **Notice Type:** Receipt Notice<br><br>Amount received: $ 385.00<br><br>Section: Derivative adjustment |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
  - You can check our current processing time for this kind of case on our website at **uscis.gov**.
  - On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
  - Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
  - We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
  - Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



**EXHIBIT C**

**Letter from USCIS in response to Plaintiff, Xianzhao PENG's inquiry, dated on May 19, 2006, stating that "The I-485 in question is still pending FBI name check clearance". (Xianzhao PENG's name was misspelled; Filing date shown in the letter was incorrect.)**

**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Friday, May 19, 2006

XINGHAO PNG
420 RIVERSIDE CT
APT 104
SANTA CLARA CA 95054

Dear XINGHAO PNG:

On 04/10/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 07/28/2005 |
| **Receipt #:** | WAC-05-166-50904 |
| **Beneficiary (if you filed for someone else):** | PNG, XINGHAO |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The I-485 at question is still pending FBI name check clearance. Once the file has been cleared by FBI, the file will be adjudicated. The Service has NO control on how long it takes FBI to clear the case.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**EXHIBIT D**

**Letters from FBI in response to Xianzhao PENG and Lei JIANG's Freedom of Information-Privacy Acts (FOIPA) request, dated on Nov 3, 2006 and Nov 7, 2006, respectively, stating "No records responsive to your FOIPA request were located by a search of the automated indices."**



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

November 3, 2006

MR. XIANZHAO PENG
APARTMENT 104
420 RIVER SIDE COURT
SANTA CLARA, CA 95054

Request No.: 1062071- 000
Subject: PENG, XIANZHAO

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

November 7, 2006

MR. LEI JIANG
APARTMENT 104
420 RIVER SIDE COURT
SANTA CLARA, CA 95054

Request No.: 1062126- 000
Subject: JIANG, LEI

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

**EXHIBIT E**

**USCIS Transfer Notices of Plaintiffs Xianzhao PENG and Lei JIANG'**
**I-485 Applications, dated on March 7, 2007.**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-05-166-50904 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE May 26, 2005 | PRIORITY DATE | APPLICANT   A098 466 724 PENG, XIANZHAO |
| NOTICE DATE March 7, 2007 | PAGE 1 of 1 | |

| | |
|---|---|
| XIANZHAO PENG 3200 PAYNE AVE APT 23 SAN JOSE CA 95117 | **Notice Type:**  Transfer Notice |

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing.

    Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-166-50835 | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>May 26, 2005 | PRIORITY DATE | APPLICANT    A098 466 725<br>JIANG, LEI |
| NOTICE DATE<br>March 7, 2007 | PAGE<br>1 of 1 | |

LEI JIANG
420 RIVER SIDE CT 104
SANTA CLARA CA 95054

**Notice Type:**  Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS
office for processing:

Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**,
to locate the processing dates for the specific service center that your case was transferred to.  If the service center
is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If
the service center is outside of processing time for your particular application or petition, please call Customer
Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock
does not start until the correct office receives the application or petition.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 01/31/05) N

**EXHIBIT F**

**Case Status of Plaintiff, Lei JIANG's I-485 Application, printed out from Online Case Status of USCIS, dated on Nov 6, 2007.**

# Case Status Search

Receipt Number:     wac0516650835

Application Type:   I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO
                    ADJUST STATUS

Current Status:
Response to request for evidence received, and case processing has resumed.

On August 15, 2007, we received your response to our request for evidence. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. You should expect to receive a written decision or written update within 60 days of the date we received your response unless fingerprint processing or an interview are standard parts of case processing and have not yet been completed, in which case you can use our processing dates to estimate when this case will be done. This case is at our NEBRASKA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

---

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

**EXHIBIT G**

**Letter from USCIS in response to Plaintiff, Xianzhao PENG's inquiry, dated on Sept 4, 2007, stating that USCIS "have to perform additional review on this case and this has caused a longer processing time." (Xianzhao PENG's name was misspelled, again. Xianzhao PENG's old mailing address was mistakenly used in the letter.)**



**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship
and Immigration
Services**

Tuesday, September 4, 2007

XINGZHAO PENG
420 RIVERSIDE CT, APT 104

SANTA CLARA CA 95054

Dear XINGZHAO PENG:

On 08/21/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 07/28/2005 |
| **Receipt #:** | WAC-05-166-50904 |
| **Beneficiary (if you filed for someone else):** | PENG, XINGZHAO |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

Please contct National Customer Service with the correct mailing address as the address in the inquiry is different than in the application.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**EXHIBIT H**

**Published Processing Dates of Nebraska Service Center and California Service Center of USCIS.**



U.S. Citizenship
and Immigration
Services


Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

---

| Print This Page |   | Back |

## U.S. Citizenship and Immigration Services
## Nebraska Service Center Processing Dates
## Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

### What if I have a problem or have questions about a case?

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I… know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted October 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
|  |  |  | November 06, |

| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | 2006 |
|------|------------------------------------------------|---------------------------------|------|
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | December 27, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | 6 Months |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 14, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | May 07, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | May 07, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | July 02, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | January 14, 2007 |
| I-131 | Application for Travel Document | All other applicants for advance parole | July 02, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | January 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | January 10, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | December 04, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | October 30, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | February 06, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | November 14, 2006 |
| | | | October 20, |

| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | 2006 |
|---|---|---|---|
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | December 19, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | November 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | November 09, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | April 15, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | May 09, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | May 09, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | February 28, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | September 01, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | January 03, 2007 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | July 02, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | July 27, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | 6 Months |
| I-824 | Application for Action on an Approved | To request further action on an approved application | January 18, |

| Application or Petition | or petition | 2007 |
| --- | --- | --- |

Print This Page     Back

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security





U.S. Citizenship
and Immigration
Services

| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |

---

[ Print This Page ]  [ Back ]

## U.S. Citizenship and Immigration Services
## California Service Center Processing Dates
## Posted October 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **California Service Center** Posted October 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|----------------------|
|      | Application to Replace Permanent Resident |                                   |                      |

| I-90 | Card | Initial issuance or replacement | July 20, 2006 |
|---|---|---|---|
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | 2 Months |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | April 12, 2007 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | 6 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | 3 Months |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | October 11, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | 6 Months |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant | Change Status to the J exchange visitor category | 3 Months |

| | | Status | |
|---|---|---|---|
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | 3 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | 3 Months |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | January 28, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | 6 Months |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | 11 Weeks |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 11 Weeks |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | February 19, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | 6 Months |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | June 09, 2004 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

| Print This Page |     | Back |

**EXHIBIT I**

**A printout of an email from Ms. Marilyn Wendler, Project Manager of Gordon and Betty Moore Foundation Programs at San Jose State University School of Nursing, explaining the eligibilities for the program including the requirement of Permanent Residency.**

 **MAIL** Classic

Print - Close Window

**Subject:** FW: question

**Date:** Wed, 14 Jun 2006 09:04:48 -0700

**From:** "Marilyn Wendler" <mwendler@son.sjsu.edu>

**To:** jianglei2220@yahoo.com

You will have to meet with University Admissions to see about transferring credits from your education in China . You are not eligible for the Accelerated Program until you have documentation of Permanent Residency. The process to apply is identical to the regular nursing program, and can be found on our website at www.sjsu.edu/nursing

## *Marilyn Wendler*

**Gordon and Betty Moore Foundation Programs**
**Project Manager**
**San Jose State University School of Nursing**
**One Washington Square HB420,**
**San Jose, CA   95192-0057**
**mwendler@son.sjsu.edu**
**(408) 924-3181**

---

**From:** Rosemary Mann
**Sent:** Tuesday, June 13, 2006 4:46 PM
**To:** Marilyn Wendler
**Subject:** FW: question

408-924-3156
rmann@son.sjsu.edu

---

**From:** lei jiang [mailto:jianglei2220@yahoo.com]
**Sent:** Saturday, June 10, 2006 1:20 PM
**To:** Rosemary Mann
**Subject:** question

Dear Dr. Rosemary Mann:

I am very interested in the Accelerated BS Program of your nursing school. I would appreciate it if you could give me some advice with my background.

In 2001,I earned a Medical Bachelor's Degree in China . It was a five-year program. In 2002, I received the Doctor License of China and worked in a hospital for three years as a residency physician. I do not have a RN license. Now, I live in Santa Clara with H-4 visa and Green Card pending.

Could you e-mail me the prerequisite courses that I have to finish before application? Looking forward to hearing from you at your earlier convenience!

Sincerely,

Lei Jiang

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

## Attachments

### Files:

📎 **Rosemary_Mann.vcf** (210)