# CERTIFICATE OF SERVICE

**Xianzhao, Peng; et al. v. Michael Chertoff; et al.**
**C 07-5651 PVT**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**ANSWER**

to be served this date upon the party(ies) as follows:

✓    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___    **FACSIMILE (FAX)**  Telephone No.: _____    I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___    **FEDERAL EXPRESS**

___    **CERTIFIED MAIL**

___    **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Xianzhao Peng, Pro Se
Lei Jiang, Pro Se
3200 Payne Avenue, Apt. #23
San Jose, CA 95117

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 8, 2008 at San Francisco, California.

```
                          /s/
              _____
              CAROL E. WEXELBAUM
              Legal Assistant
```