| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| XIANZHAO PENG,<br>LEI JIANG, | ) | No. C 07-5651 PVT | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | **ADR CERTIFICATION** | |
| v. | ) | | |
| | ) | | |
| MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALES, Director of<br>U.S. Citizenship and Immigration Services;<br>GERARD HEINAUER, Director of<br>Nebraska Service Center of USCIS;<br>CHRISTINA POULOS, Director of<br>California Service Center of USCIS;<br>ROBERT S. MUELLER, III, Director of<br>Federal Bureau of Investigation;<br>PETER D. KEISLER, Acting Attorney General<br>of U.S. Department of Justice; | ) | | |
| Defendants. | ) | | |

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the

ADR Certification
C07-5651 PVT                                  1

1  court and private entities, and considered whether this case might benefit from any of them.
2  *(Note: This Certification must be signed by each party and its counsel.)*
3
4  Dated: January 31, 2008                                    /s/
                                                              ILA C. DEISS
5                                                             Assistant United States Attorney
                                                              Attorney for Defendants
6
7
8  Dated: February 1, 2008                                    /s/
                                                              XIANZHAO PENG
                                                              LEI JIANG
9                                                             *Pro se*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADR Certification
C07-5651 PVT                                2