1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | XIANZHAO PENG,
LEI JIANG,                                                    ) No. C 07-5651 PVT
13 |                                                           )
          Plaintiffs,                                          )
14 |                                                           ) **NOTICE OF NEED FOR ADR**
     v.                                                        ) **PHONE CONFERENCE [ADR L.R. 3-5]**
15 |                                                           )
MICHAEL CHERTOFF, Secretary of the                             )
16 | Department of Homeland Security;                          )
EMILIO T. GONZALES, Director of                                )
17 | U.S. Citizenship and Immigration Services;                )
GERARD HEINAUER, Director of                                   )
18 | Nebraska Service Center of USCIS;                         )
CHRISTINA POULOS, Director of                                  )
19 | California Service Center of USCIS;                       )
ROBERT S. MUELLER, III, Director of                            )
20 | Federal Bureau of Investigation;                          )
PETER D. KEISLER, Acting Attorney General                      )
21 | of U.S. Department of Justice;                            )
                                                               )
22 |     Defendants.                                           )
                                                               )
23 | _____)

24 |      The parties have not reached an agreement to an ADR process.

25 |      Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program

26 | Counsel before the case management conference.

27 |      Last day to file Joint Case Management Statement:     February 19, 2008

28 |      Date of Initial Case Management Conference:           February 26, 2008

Notice of Need for ADR Phone Conference
C 07-5651 PVT                                   1

1 | The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | Fax No. |
|---|---|---|---|
| Ila C. Deiss | Defendants | (415) 436-7124 | (415) 436-7169 |
| Xianzhao Peng Lei Jiang | Plaintiff | (408) 370–1338 | (408) 571-2914 |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Petitioner's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

_____

**For court use only:**

**ADR Phone Conference Date:** _____   **Time:** _____ **AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date:** _____        _____
                                **ADR Case Administrator**

Notice of Need for ADR Phone Conference
C 07-5651 PVT                       2