UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 2/26/08

COURT REPORTER: FTR     Clerk: Corinne Lew

Case No: C 07-5651 PVT     Case Title: Peng, et al., vs. Michael Chertoff, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Xianzhao Peng<br>Lei Jiang | Claire Cormier |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery
                        [ ] Settlement   [ ] Final       [ ] Motion
                        [ ] Other        [X] Case Mangement Conference

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted                           [ ] Submitted            [ ] Settled

[ ] Denied                            [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part                            [ ] Off Calendar

Briefing Schedule:   Opening                    Answer
                     Reply

[X] Case Management Conference Continued to 5/17/08 at 2:00 p.m.

## ORDER TO BE PREPARED BY

[ ] Plaintiff      [ ] Defendant      [X] Court      [ ] Court w/opinion