UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIANZHAO PENG and LEI JIANG,<br><br>              Plaintiffs,<br><br>   v.<br><br>MICHAEL CHERTOFF, ETAL,<br><br>              Defendants. | Case No.: C 07-05651 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On February 26, 2008, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to May 27, 2008 at 2:00 p.m.

Dated: *February 28, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28