1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11               SAN JOSE DIVISION

12 XIANZHAO PENG,
   LEI JIANG,                                    )   No. C 07-5651 PVT
13                                                )
                   Plaintiffs,                    )
14                                                )   **STIPULATION TO DISMISS AND**
         v.                                       )   **[PROPOSED] ORDER**
15                                                )
   MICHAEL CHERTOFF, Secretary of the             )
16 Department of Homeland Security;               )
   EMILIO T. GONZALES, Director of                )
17 U.S. Citizenship and Immigration Services;     )
   GERARD HEINAUER, Director of                   )
18 Nebraska Service Center of USCIS;              )
   CHRISTINA POULOS, Director of                  )
19 California Service Center of USCIS;            )
   ROBERT S. MUELLER, III, Director of            )
20 Federal Bureau of Investigation;               )
   PETER D. KEISLER, Acting Attorney General      )
21 of U.S. Department of Justice;                 )
                                                  )
22                 Defendants.                    )
                                                  )
23 _____

24     Plaintiffs, appearing pro se, and Defendants by and through their attorney of record, hereby

25 stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication

26 of Plaintiffs' adjustment of status applications (Form I-485).

27 ///

28 ///

Stipulation to Dismiss
C07-5651 PVT                                      1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: March 20, 2008                                           Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

5 | _____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendant

9 | _____/s/_____
Date: March 19, 2008                                           XIANZHAO PENG
LEI JIANG
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C07-5651 PVT                                           2